**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

      Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the following: (1) the **Defendant's Motion To Set a Supplemental Briefing Schedule for Plaintiff's Motion for Temporary Restraining Order And Mandatory Preliminary Injunction** [#16]; and (2) the **Defendant's Motion for Limited Expedited Discovery** [#17], both filed December 30, 2009.  After careful review of the motions and the record,

      **IT IS ORDERED** as follows:

      1. That the **Defendant's Motion To Set a Supplemental Briefing Schedule for Plaintiff's Motion for Temporary Restraining Order And Mandatory Preliminary Injunction** [#16] is granted consistent with the following orders:

          a. That by **January 6, 2010,** at 12:00 p.m. (noon), the plaintiff shall file its supplemental brief addressing the issues now raised by and inherent to the **Plaintiff's Motion for Temporary Restraining Order And Mandatory Preliminary Injunction** [#2], insofar as the plaintiff is requesting the entry of a mandatory preliminary injunction; and

          b. That by **January 8, 2010,** at 12:00 p.m. (noon), the defendant shall file its response brief to the plaintiff's supplemental brief; and

      2. That by **January 5, 2010,** at 12:00 p.m. (noon), the plaintiff shall file its response to the **Defendant's Motion for Limited Expedited Discovery** [#17].

      Dated:  January 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.