**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on defendant's **Unopposed Motion For Reconsideration of The Court's June 17, 2010 Minute Order and For Extension of Time and Page Limits** [#45] filed June 17, 2010. The motion is **GRANTED**, and **Defendant's Response To IPH's Motion For Denial of Defendant's Motion For Partial Summary Judgment Per Fed.R.Civ.P. 56(f)** [#45-1] is accepted for filing.

    Dated: June 18, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.