IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 48; Filed June 29, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as an Order of the Court as of today's date, with the following interlineation:

> "11. Notwithstanding anything in this Protective Order to the contrary, all disputes regarding the designation of documents as confidential shall be brought to the attention of the Court no later than thirty (30) days before the dispositive motions deadline."

Dated: June 30, 2010