**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| Civil Action No.: 09-cv-02977-REB-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: August 17, 2010** | Courtroom Deputy, Monique Wiles |

IOWA PACIFIC HOLDINGS, LLC,                    Robert H. Smeltzer

      **Plaintiff(s),**
v.

NATIONAL RAILROAD PASSENGER                    Dugan W. E. Bliss

  CORPORATION,

      **Defendant(s).**

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:   TELEPHONIC   MOTION   HEARING**
**Court in session:  10:02 a.m.**
Court calls case.  Telephonic appearance of counsel.

This matter is before the Court regarding Plaintiff's Unopposed Motion for Entry of Modified Scheduling Order (Doc. No. 35) [Doc. No. 57, filed 8/13/10].

**It is ORDERED:**     Plaintiff's Unopposed Motion for Entry of Modified Scheduling Order [Doc. No. 57, filed 8/13/10] is **GRANTED in part.**  The Scheduling Order [Doc. No. 35, filed 3/4/10] is modified as follows:

        (A)  Discovery Cut-off is extended to  **OCTOBER 4, 2010.**

        (B)  Expert Discovery Cut-off is extended to **OCTOBER 18, 2010.**

        (C)  Dispositive Motions deadline is extended to **NOVEMBER 8, 2010.**

        (D)  Affirmative Expert Reports deadline is extended to **SEPTEMBER**

**10, 2010.**

(E) Rebuttal Expert Reports deadline is extended to **OCTOBER 1, 2010.**

(F) These extensions will be without prejudice to the parties to jointly request additional extensions in the event that Plaintiff's Unopposed Motion to Modify Scheduling Order for Extension of Trial Dates [Doc. No. 59, filed 8/16/10] is granted by Judge Robert E. Blackburn**.**

Hearing concluded.

**Court in recess: 10:12 a.m.**
Total In-court time: 00:10

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.