IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY
SCHEDULING ORDER FOR EXTENSION OF TRIAL DATES**

**Blackburn, J.**

The matter before me is plaintiff's **Unopposed Motion To Modify Scheduling Order [sic][1] for Extension of Trial Dates** [#59],[2] filed August 16, 2010. On August 17, 2010, the magistrate judge granted in part plaintiff's **Unopposed Motion for Entry of Modified Scheduling Order** [#57], filed August 13, 2010. (*See* **Minute Entry** [#60], filed August 17, 2010.) Given the various extensions of relevant deadlines contemplated by that order, it would be unrealistic to expect this case to be ready for trial at the time currently scheduled.

---

[1] Modification of the trial date actually impacts this court's **Trial Preparation Conference Order** [#33], filed March 4, 2010, not the **Scheduling Order** [#35], filed March 4, 2010, entered by the magistrate judge.

[2] "[#59]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Unopposed Motion To Modify Scheduling Order [sic] for Extension of Trial Dates** [#59], filed August 16, 2010, is **GRANTED**;

2. That the Trial Preparation Conference scheduled for Friday, November 19, 2010, at 11:00 a.m., as well as the trial, currently scheduled to commence on Monday, December 6, 2010, are **VACATED** and **CONTINUED**, pending further order of this court; and

3. That a telephonic setting conference is **SET** for **Tuesday, August 31, 2010**, at **10:00 a.m.** (MDT), to reschedule the Trial Preparation Conference and trial; provided, furthermore, that counsel for plaintiff **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated August 20, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge