IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on counsel for Defendant's **Unopposed Motion to Withdraw Dugan Bliss** [Docket No. 62; Filed August 30, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Dugan Bliss is relieved of any further representation of Defendant in the above-captioned matter.  The Clerk is instructed to terminate Mr. Bliss as an attorney of record and to remove his name from the electronic certificate of mailing.


Dated:  August 30, 2010