**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court on **IPH's Motion for Denial of Defendant's Motion For Partial Summary Judgment Per Fed. R. Civ. P. 56(f)** [#39] filed May 24, 2010. The motion is **DENIED** as moot in light of the court's **Order Denying Without Prejudice Defendant's Motion For Partial Summary Judgment on Plaintiff's Claim For Breach of Oral Contract** [#83] entered January 14, 2011.

    Dated: January 27, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.