IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 86; Filed February 28, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on March 4, 2010 [Docket No. 35] and amended on August 17, 2010, September 27, 2010 and December 16, 2010 [Docket Nos. 60 & 72], is further modified to extend the nonexpert discovery deadline to no later than **April 8, 2011**.

Dated:  March 1, 2011