IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Compel Disclosure** [Docket No. 92; Filed March 14, 2011] (the "Motion").  Pursuant to the Scheduling Order [Docket No. 35], the Motion is premature.  *See Scheduling Order* [#35] at 5, ¶8(c) (incorporating by reference "Section E.1" of the Order Setting Scheduling/Planning Conference [Docket No. 18]).  The Order Setting Scheduling/Planning Conference [#18] provides as follows:

> No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR 7.1A.  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue.  **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

*Order Setting Scheduling/Planning Conference* [#18] at 2 § E.1 (emphasis added).

    Plaintiff has not arranged a conference call to attempt to resolve the instant discovery dispute.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    IT IS FURTHER **ORDERED** that neither party shall file a contested discovery motion until after (1) unsuccessfully conferring with the other party pursuant to D.C.COLO.LCivR 7.1A, and (2) receiving leave from the Court to file the motion.  To conduct a hearing regarding a discovery dispute, the parties shall initiate a conference call and then, once all parties are on the line, dial the Court at **303-335-2770**.

    Dated:  March 14, 2011