**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

     Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on plaintiff's **Emergency Motion To Modify Third Trial Preparation Conference Order** [#96] filed March 14, 2011.  The motion is **DENIED** without prejudice as moot.

     Dated:  March 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.