IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [Docket No. 102; Filed April 7, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The nonexpert discovery deadline is extended to **April 19, 2011**.

    Dated: April 7, 2011