IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

     Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

     Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's oral Motion to Compel the production

of five email chains that Defendant has deemed to be privileged (the "Motion").  In my

Order dated April 21, 2011, I ordered Defendant to produce the five documents to the Court

for an *in camera* review.  *Order* [#105] at 10.  Having conducted that review, I now **GRANT**

**in part and DENY in part** the Motion with respect to these documents.

Plaintiff seeks production of alleged "non-attorney emails to non-attorneys," on the

basis that the emails are relevant and not subject to the attorney-client privilege.  *See*

*Plaintiff's Letter* [#105-1] at 3.  Defendant responds that an attorney is a carbon-copied

recipient on each of the emails at issue, and that all emails were created for the purpose

of seeking legal advice.  *See Defendant's Letter* [#105-2] at 5.

Document number **00000668** consists of four emails in one chain or string, all dated

December 2, 2009.  For ease of reference, I will refer to the emails by the time when they

were sent.  The **8:49 a.m. email** is from an attorney for Defendant to five of Defendant's

employees, one of whom is a direct recipient of the email and also an attorney for

Defendant.  The email contains legal advice and is protected by the attorney-client

privilege.  The **8:51 a.m. email** is from an attorney for Defendant to five of Defendant's

employees, one of whom is a carbon-copied recipient of the email and also an attorney for

Defendant.  The 8:51 a.m. email merely forwards the 8:49 a.m. email to an additional

recipient.  Accordingly, it is also protected by the attorney-client privilege.  The **7:53 a.m.**

**email** and the **12:24 p.m. email** have already been produced to Plaintiff, and thus are not

the subject of the Motion.  *See Defendant's Letter* [#105-2] at 5 & [Docket No. 105-6].

Accordingly, Plaintiff's Motion to Compel production of **document number 0000668 is**

**denied.**

Document number **00002036** consists of seven emails in one chain or string, dated

December 15 and 16, 2009, and a one-page document entitled "Risk and Insurance Issues"

dated December 16, 2009.  The **12/15/09 10:58 a.m. email** is from Plaintiff's counsel to two

of Defendant's employees attaching the one-page insurance document.  The email and the

document are not subject to the attorney-client privilege, and therefore must be produced.

The **12/15/09 12:14 p.m. email** is from one of Defendant's employees to four of

Defendant's employees, one of whom is a direct recipient and an attorney for Defendant

and one of whom is a carbon-copied recipient and an attorney for Defendant.  The email

contains confidential attorney-client communications and is subject to the attorney-client

privilege.  The **12/15/09 11:40 a.m. email** is from one of Defendant's employees to

fourteen of Defendant's employees, one of whom is a direct recipient and an attorney for

Defendant and one of whom is a carbon-copied recipient and an attorney for Defendant. The email contains confidential attorney-client communications and is subject to the attorney-client privilege.   The **12/15/09 3:10 p.m. email** is from one of Defendant's employees to four of Defendant's employees, two of whom are direct recipients and attorneys for Defendant. The email contains confidential attorney-client communications and is subject to the attorney-client privilege.  The **12/15/09 3:58 p.m. email** is from one of Defendant's employees to four of Defendant's employees, two of whom are direct recipients and attorneys for Defendant. The email contains confidential attorney-client communications and is subject to the attorney-client privilege.  The **12/16/09 8:17 a.m. email** is from one of Defendant's employees to four of Defendant's employees, two of whom are direct recipients and attorneys for Defendant. The email contains confidential attorney-client communications and is subject to the attorney-client privilege.  The **12/16/09 2:49 p.m. email** is from one of Defendant's employees to eight of Defendant's employees, two of whom are carbon-copied recipients and attorneys for Defendant. The email contains confidential attorney-client communications and is subject to the attorney-client privilege. Accordingly, Plaintiff's Motion to Compel production of **document number 00002036 is granted in part and denied in part.**  It is granted as to production of the **12/15/09 10:58 a.m. email and "Risk and Insurance Issues" document only.**

Document number **00002334** consists of six emails in one chain or string, dated November 23, 2009 through December 8, 2009. The **11/23/09 2:11 p.m. email** is from one of Defendant's employees who is an attorney to fifteen of Defendant's employees, two of whom are direct recipients of the email and attorneys for Defendant.  The email contains

3

confidential attorney-client communications and is protected by the attorney-client privilege.
**The 12/01/09 2:03 p.m. email** is from one of Defendant's employees who is an attorney
to fifteen of Defendant's employees, two of whom are direct recipients of the email and
attorneys for Defendant.  The email contains confidential attorney-client communications
and is protected by the attorney-client privilege. The **12/01/09 4:06 p.m. email** is from one
of Defendant's employees to fifteen of Defendant's employees, one of whom is a direct
recipient and an attorney for Defendant and one of whom is a carbon-copied recipient and
an attorney for Defendant.  The email contains confidential attorney-client communications
and is protected by the attorney-client privilege.  The **12/04/09 4:33 p.m. email** is from one
of Defendant's employees who is an attorney to sixteen of Defendant's employees, one of
whom is a carbon-copied recipient and an attorney for Defendant.  The email contains
confidential attorney-client communications and is protected by the attorney-client privilege.
The **12/08/09 9:19 a.m. email** has already been produced by Defendant to Plaintiff, and
thus is not a subject of the Motion [Docket No. 105-6].  The **12/08/09 4:47 p.m. email**  is
from one of Defendant's employees to four of Defendant's employees, one of whom is a
carbon-copied recipient and an attorney for Defendant.  The email contains confidential
attorney-client communications and is protected by the attorney-client privilege.
Accordingly, Plaintiff's Motion to Compel production of **document number 00002334 is
denied.**

Document number **00004465** consists of eight emails in one chain or string, dated
December 15 and 16, 2009, and a one-page document entitled "Risk and Insurance
Issues."  Seven of the emails and the one-page document are identical to document

number **00002036** and are addressed above. The **12/16/09 3:07 p.m. email** is from one of Defendant's employees to seven of Defendant's employees, two of whom are carbon-copied recipients and attorneys for Defendant. The email contains confidential attorney-client communications and is protected by the attorney-client privilege. Accordingly, Plaintiff's Motion to Compel production of **document number 00004465 is granted in part and denied in part.** It is granted as to production of the **12/15/09 10:58 a.m. email and "Risk and Insurance Issues" document only.**

Document number **00007142** consists of nine emails in one chain or string, dated December 15 and 16, 2009. Eight of the nine emails are identical to **document number 00004465** and are addressed above. The **12/16/09 3:16 p.m. email** is from one of Defendant's employees to six of Defendant's employees, two of whom are carbon-copied recipients and attorneys for Defendant. The email contains confidential attorney-client communications and is protected by the attorney-client privilege. Accordingly, Plaintiff's Motion to Compel production of **document number 00007142 is granted in part and denied in part.** It is granted as to production of the **12/15/09 10:58 a.m. email and "Risk and Insurance Issues" document only.**

Accordingly, **IT IS HEREBY ORDERED** that Defendant shall produce to Plaintiff a single copy of the **12/15/09 10:58 a.m. email and "Risk and Insurance Issues" document** from *either* document number 00002036, 00004465 or 0007142 **on or before May 6, 2011**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees incurred regarding the Motion.

Dated:  April 29, 2011

BY THE COURT:

 s/ Kristen L. Mix
United States Magistrate Judge
Kristen L. Mix