IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Notice of Withdrawal** [Docket No. 121; Filed May 26, 2011]. The pleading was docketed as a Motion and referred to the Court for resolution. The Motion serves to inform the Court that the parties have settled the dispute at issue in Plaintiff's Rule 37(b)(2)(A) Motion to Strike and/or Bar Evidence of Amtrak's Affirmative Defenses or, Alternatively, to Compel and for Sanctions per Rule 37(a)(3)(B)(ii) filed on May 17, 2011 [Docket No. 113]. Given the parties' agreement,

    IT IS HEREBY **ORDERED** that the Motion [#121] is **GRANTED** and Motion [#113] is deemed to be **WITHDRAWN**.

    IT IS FURTHER **ORDERED** that the one-hour hearing set to resolve Motion [#113] on May 27, 2011 at 10:00 a.m. is **vacated**.

    Dated: May 26, 2011