IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court Defendant's **Unopposed Motion to Amend Answer [Docket No. 25] to Withdraw Certain Affirmative Defenses** [Docket No. 123; Filed May 26, 2011] (the "Motion").  By agreement of the parties, Defendant seeks to withdraw its affirmative defenses numbers 1, 2, 4, 5, 7-14, thereby leaving intact affirmative defenses numbers 3 and 6 only.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Defendant's Answer [#25] is deemed to be amended to withdraw affirmative defenses numbers 1, 2, 4, 5, 7-14.

    Dated:  May 26, 2011