## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

      Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

      Defendant.

_____

## STIPULATED STATEMENT OF CLAIMS AND DEFENSES
## THAT SHOULD BE GIVEN TO THE JURY
_____

Pursuant to REB Civ. Practice Standard IV.E.4.a.(1), Defendant National Railroad Passenger Corporation ("Amtrak") and Plaintiff Iowa Pacific Holdings LLC ("IPH") submit this stipulation of claims and defenses that should be given to the jury in the trial of this matter.

1. Claims and affirmative defenses that should be given to the jury:

   - IPH's claim for breach of oral contract.

   - Amtrak's affirmative defenses of (1) failure to mitigate damages, and (2) failure of condition precedent.

2. Claims that should not be given to the jury:

   - IPH's claim of promissory estoppel.

2

All stipulated and contested jury instructions, along with contested verdicts forms, are being filed as exhibits to this document, and will also be submitted to the Court via electronic mail.

Respectfully submitted this 27th day of May, 2011.

| LOWIS & GELLEN LLP | HOGAN LOVELLS US LLP |
|---|---|
| /s Robert H. Smeltzer<br>Robert H. Smeltzer<br>200 W. Adams Street<br>Suite 1900<br>Chicago, IL 60606<br>(312) 364-2500<br><br>ATTORNEY FOR PLAINTIFF | s/ David A. DeMarco<br>Daniel J. Dunn<br>David A. DeMarco<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>303.899.7300<br>303.899.7333 (fax)<br>dan.dunn@hoganlovells.com<br>david.demarco@hoganlovells.com<br><br>ATTORNEYS FOR DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION |

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 27st day of May, 2011, I electronically filed the foregoing **STIPULATED STATEMENT OF CLAIMS AND DEFENSES THAT SHOULD BE GIVEN TO THE JURY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Gerald Haberkorn
Robert Smeltzer
Lowis & Gellen, LLP
200 West Adams Street, Suite 1900
Chicago, IL  60606
geraldh@lowis-gellen.com
rsmeltzer@lowis-gellen.com

                                              s/ David A. DeMarco

3