**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.
_____

**ORDER RE: MOTION FOR LEAVE TO BRING AUDIO, VIDEO AND
COMPUTER EQUIPMENT INTO THE COURTROOM**
_____

**Blackburn, J.**

The matter is before me on defendant's **Unopposed Motion For Leave To Bring Audio, Video and Computer Equipment Into The Courtroom** [#128][1] filed May 27, 2011. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Unopposed Motion For Leave To Bring Audio, Video and Computer Equipment Into The Courtroom** [#128] filed May 27, 2011, is **GRANTED**;

2. That Diarmuid Truax of Visual Advantage is **PERMITTED** to bring into the courthouse and courtroom A1001 for the duration of the jury trial, June 27, 2011,

---

[1] "[#128]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

through July 5, 2011, the following audio, video and computer equipment,  :

    (a)    two (2) laptop computers for evidentiary presentation;

    (b)    an audio speaker for presentation of videotaped depositions;

    (c)    a portable printer for printing any necessary documents or exhibits;

    (d)    a personal iPhone for emergency back-up internet access;

    (e)    an iPad computer for internet and email access; and

    (f)    a switching device to allow seamless switching to backup laptop in trial in case of technical difficulties; and

3. That Dana Catt of Hogan Lovells US LLP, is **PERMITTED** to bring into the courthouse and courtroom A1001 for the duration of the jury trial, June 27, 2011, through July 5, 2011, a laptop computer for use in the courtroom.

Dated May 31, 2011, at Denver, Colorado.

                                                **BY THE COURT:**

                                                */s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge