**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 09-cv-02977-REB-KLM** | **FTR** - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: June 9, 2011** | Courtroom Deputy, Monique Wiles |

_____

IOWA PACIFIC HOLDINGS, LLC,          Robert H. Smeltzer

      **Plaintiff(s),**

v.

NATIONAL RAILROAD PASSENGER          Daniel J. Dunn
  CORPORATION,          David A. DeMarco

      **Defendant(s).**

_____

## COURTROOM   MINUTES  /  MINUTE  ORDER
_____

**HEARING:   MOTION HEARING [118]**
**Court in Session:   10:00 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court regarding Defendant's **Rule 37 Motion for Sanctions for Rule 26 Violations** [Doc. No. 118, filed 5/20/2011] (the **"Motion"**).

Counsel provide background and basis for the "Motion".  For reasons set forth on the record,

**It is ORDERED:**          The **"Motion"** is **GRANTED IN PART** as follows:

          The Defendant shall be permitted to take a Rule 30(b)(6) deposition of a representative of the Plaintiff relating to items on the May 2011 spread sheet which the Defendant believes it did not have an adequate opportunity to explore at previous depositions.  The deposition may be taken for up to three hours.  It shall be taken either by telephone or in person, at the Defendant's option.     Plaintiff shall pay the cost of the

deposition, including any costs of travel associated with bringing the deponent to Denver.

The deposition must occur **no later than June 17, 2011,** unless defense counsel chooses to take the deposition at a later date prior to trial.

In all other respects, the **"Motion"** is **DENIED.**

HEARING CONCLUDED.

**Court in recess: 10:39 a.m.**
Total In-Court Time: 39 minutes

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.