IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

**ORDER DENYING DEFENDANT AMTRACK'S RENEWED
MOTION FOR PARTIAL SUMMARY JUDGMENT ON
PLAINTIFF'S CLAIM FOR BREACH OF ORAL CONTRACT**

**Blackburn, J.**

The matter before me is **Defendant Amtrack's Renewed Motion for Partial Summary Judgment on Plaintiff's Claim for Breach of Oral Contract** [#107][1] filed April 25, 2011.  I have jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity of citizenship).  Having reviewed the motion and response and the apposite arguments, authorities, and evidence presented by the parties, I find and conclude that there exist genuine issues of material fact that preclude the entry of even partial summary judgment.

**THEREFORE, IT IS ORDERED** that **Defendant Amtrack's Renewed Motion for Partial Summary Judgment on Plaintiff's Claim for Breach of Oral Contract** [#107], filed April 25, 2011, is **DENIED**;

Dated June 10, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge

---

[1] "[#107]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.