**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

**ORDER RE:  MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

    The matter is before me on the **Plaintiff's Unopposed Motion For Leave To Bring Computer Equipment Into The Courtroom** [#143][1] filed June 10, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That  **Plaintiff's Unopposed Motion For Leave To Bring Computer Equipment Into The Courtroom** [#143] filed June 10, 2011, is **GRANTED**;

    2.  That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Mr. Robert H. Smeltzer, counsel for the plaintiff, is **PERMITTED** to bring into the courthouse and the courtroom (A1001) the following equipment for the duration of the

---

[1] "[#143]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

trial and for courtroom technology training:

      a)    two (2) laptop computers, a portable printer, and a device for switching the video display output between the two laptops, during the courtroom technology training, June 16, 2011, at 4:00 p.m., and during trial, June 27, 2011, through July 5, 2011, from 8:00 a.m. to 5:00 p.m.; and

3. That Mr. Smeltzer, who is permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

Dated June 14, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

                                          */s/ Robert E. Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge