IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

**ORDER RE: MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

The matter is before me on the defendant's **Unopposed Motion For Leave To Bring IPhone Into The Courtroom** [#155][1] filed June 22, 2011. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant's **Unopposed Motion For Leave To Bring IPhone Into The Courtroom** [#155] filed June 22, 2011, is **GRANTED**;

2. That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Ms. Dana Catt, paralegal for defense counsel, is **PERMITTED** to bring into the courthouse and the courtroom (A1001) her iPhone during trial, June 27, 2011, through

---

[1] "[#155]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

July 5, 2011, from 8:00 a.m. to 5:00 p.m.; and

    3.  That Ms. Catt, who is permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

    Dated June 22, 2011, at Denver, Colorado.

                                               **BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge