## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

     Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

     Defendant.
_____

## ORDER RE:  MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM
_____

**Blackburn, J.**

     The matter is before me on the **Plaintiff's Unopposed Motion For Leave To Bring Blackberry Into The Courtroom** [#157][1] filed June 23, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That **Plaintiff's Unopposed Motion For Leave To Bring Blackberry Into The Courtroom** [#157] filed June 23, 2011, is **GRANTED**;

     2.   That subject to **D.C.COLO.L.Civ.R 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Robert H. Smeltzer, counsel for the plaintiff, is **PERMITTED** to bring into the courthouse and the courtroom (A1001) his Blackberry during trial, June 27, 2011,

---

[1]"[#157]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

through July 5, 2011, from 8:00 a.m. to 5:00 p.m.; and

    3.  That Mr. Smeltzer, who is permitted by this order to enter the courthouse with electronic equipment, **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

    Dated June 24, 2011, at Denver, Colorado.

                            **BY THE COURT:**

                            Robert E. Blackburn
                            United States District Judge