### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

### ORDER RE:  MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM
_____

**Blackburn, J.**

The matter is before me on the defendant's **Unopposed Motion For Leave To Bring iPhone and Blackberry Into The Courtroom** [#160][1] filed June 27, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Unopposed Motion For Leave To Bring iPhone and Blackberry Into The Courtroom** [#160] filed June 27, 2011, is **GRANTED**;

2. That subject to **D.C.COLO.L.Civ.R 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Robert Corl, Associate General Counsel for Amtrak, is **PERMITTED** to bring into the courthouse and the courtroom (A1001) his personal iPhone and Blackberry during

---

[1] "[#160]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

trial, June 27, 2011, through July 5, 2011, from 8:00 a.m. to 5:00 p.m.; and      3. That Mr. Corl, who is permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

Dated June 28, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge