# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

### ORDER RE:  MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM
_____

**Blackburn, J.**

The matter is before me on the **Plaintiff's Unopposed Motion For Leave To Bring Laptop Computer Into The Courtroom** [#163][1] filed June 28, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Plaintiff's Unopposed Motion For Leave To Bring Laptop Computer Into The Courtroom** [#163] filed June 28, 2011, is **GRANTED**;

2.  That subject to **D.C.COLO.L.Civ.R 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Daniel Marko, General Counsel and Director of Human Resources of plaintiff Iowa Pacific Holdings, is **PERMITTED** to bring into the courthouse and the courtroom

---

[1] "[#163]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

(A1001) a laptop computer, which may have a camera devise, during trial from 8:00 a.m. to 5:00 p.m., commencing June 27, 2011, and running through at least July 6, 2011; and

    3.  That Mr. Marko, who is permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

    Dated June 29, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge