**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02977-REB-KLM

IOWA PACIFIC HOLDINGS, LLC,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION,

    Defendant.

_____

**ORDER RE:  MOTION TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

    The following matters are before me for consideration: (1) defendant's **Unopposed Motion For Extension of Orders To Bring iPhones, Blackberrys and Computers Into The Courtroom and For Leave To Bring an Additional Computer Into Courtroom** [#168][1] filed July 5, 2011; and (2) **Plaintiff's Unopposed Motion For Extension of Orders Granting Leave To Bring Blackberries and Computers Into The Courtroom** [#170] filed July 5, 2011.  After reviewing both motions and the file, I conclude that the motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendant's **Unopposed Motion For Extension of Orders To Bring iPhones, Blackberrys and Computers Into The Courtroom and For Leave To Bring**

---

[1] "[#168]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

an Additional Computer Into Courtroom** [#168] filed July 5, 2011, is **GRANTED**;

    2.  That **Plaintiff's Unopposed Motion For Extension of Orders Granting Leave To Bring Blackberries and Computers Into The Courtroom** [#170] filed July 5, 2011, is **GRANTED**;

    3.  That the court's **Order Re: Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#161] entered June 28, 2011, is **EXTENDED** through the completion of trial;

    4.  That subject to **D.C.COLO.L.Civ.R 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Robert Corl, Associate General Counsel for Amtrak, is **PERMITTED** to bring into the courthouse and the courtroom (A1001) his personal iPhone and Blackberry during trial from 8:00 a.m. to 5:00 p.m., commencing June 27, 2011, and running through at least July 7, 2011;

    5.  That Mr. Corl, who is permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse;

    6.  That the court's **Order Re: Motion To Permit Electronic Equipment, Including Those With Cameras, Into The Courtroom** [#164] entered June 29, 2011, is **EXTENDED** through the completion of trial;

    7.  That subject to **D.C.COLO.L.Civ.R 83.1B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, Daniel Marko, General Counsel and Director of Human Resources of plaintiff

Iowa Pacific Holdings, is **PERMITTED** to bring into the courthouse and the courtroom (A1001) a laptop computer, which may have a camera devise, during trial from 8:00 a.m. to 5:00 p.m., commencing June 27, 2011, and running through at least July 7, 2011; and

      8.  That Mr. Marko, who is permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

      Dated July 6, 2011, at Denver, Colorado.

      **BY THE COURT:**

Robert E. Blackburn
United States District Judge